AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | NORTH CAROLINA |

UNITED STATES OF AMERICA

V.

TAYLOR YARBER

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 5:16-MJ-1662

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

Not Guilty as to Counts 1, 2, 3.

_Signature: Kimberly A. Swank_
Signature of Judge

KIMBERLY A. SWANK — US Magistrate Judge
Name of Judge — Title of Judge

11/9/2017
Date